```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RANDY J. RAMSDELL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5021 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE BARNHART, | ) | ORDER |
| Commissioner of SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis*, filing 3, is granted.

DATED this 13th day of October, 2006.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge